UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OSCAR CEASER, )
)
Plaintiff, )
)
v. ) Civil Action No. 18-2017 (UNA)
)
BARACK OBAMA, )
)
Defendant. )

**MEMORANDUM OPINION**

This matter is before the Court on review of this *pro se* plaintiff's application to proceed *in forma pauperis* and his civil complaint. The plaintiff appears to allege that Barack Obama is his attorney. He brings this action in order to arrange a time for him to speak with his attorney about a matter pertaining to the Internal Revenue Service.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to

prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This complaint fails to meet Rule 8(a)'s minimal pleading standard. It neither states the basis for this Court's jurisdiction nor includes a short and plain statement showing that the plaintiff is entitled to the relief he demands.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint and this civil action without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 23, 2018

_____
United States District Judge